UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUZANA ARRINGTON | 18 CR 344<br><br>Violation: Title 21, United States Code, Section 841(a)(1) |

## **COUNT ONE**

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about January 25, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of hydromorphone, a Schedule II Controlled Substance and a quantity of a mixture and substance containing a detectable amount of alprazolam, a Schedule IV Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about February 17, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of hydromorphone, a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of alprazolam, a Schedule IV Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about March 15, 2017, at Elmhurst, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of alprazolam, a Schedule IV Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FOUR**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about March 24, 2017, at Dolton, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of Buprenorphine/Naloxone (Suboxone Film), a Schedule III Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FIVE**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about May 4, 2017, at Dolton, in the Northern District of Illinois, Eastern Division and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about June 8, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT SEVEN**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about August 23, 2017, at Dolton, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT EIGHT**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about September 22, 2017, at Dolton, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT NINE**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 25, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TEN**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 27, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of N-ethylpentylone, and methoxetamine, a Schedule II Controlled Substance and an analogue of MDMA; a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of hydromorphone, a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of oxycodone, a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of alprazolam, a Schedule IV Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of clonazepam, a Schedule IV Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT ELEVEN**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about December 22, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of amphetamine, a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of hydromorphone, a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of methylphenidate, a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of alprazolam, a Schedule IV Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of diazepam, a Schedule IV Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT TWELVE**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about February 14, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about April 27, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUZANA ARRINGTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of methylphenidate, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY